**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Terence J. Cassidy, SBN 099180
Kevin M. Kreutz, SBN 264654
350 University Ave., Suite 200
Sacramento, California 95825
Tel: 916.929.1481 ♦ Fax: 916.927.3706
Attorneys for Defendants

Mark E. Merin (State Bar No. 043849)
Paul H. Masuhara (State Bar No. 289805)
**LAW OFFICE OF MARK E. MERIN**
1010 F Street, Suite 300
Sacramento, California 95814
Tel: 916-443-6911 ♦ Fax: 916-447-8336

Alan L. Schlosser (State Bar No. 049957)
**AMERICAN CIVIL LIBERTIES UNION**
 **FOUNDATION OF NORTHERN CALIFORNIA**
39 Drumm Street
San Francisco, California 94111
Tel: 415-621-2493 ♦ Fax: 415-255-1478
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SACRAMENTO HOMELESS ORGANIZING COMMITTEE, et al.,<br><br>           Plaintiffs,<br>vs.<br>COUNTY OF SACRAMENTO, et al.,<br>           Defendants. | Case No. 2:14-cv-01684-TLN-KJN<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PARTIES TO FILE A RULE 26(f) JOINT STATUS REPORT** |

      Pursuant to the Court's Order Requiring Joint Status Report (ECF Doc. 4) and Rule 26(f) of the Federal Rules of Civil Procedure, the parties request an extension of time to submit the Joint Status Report.

   1.   This is a First Amendment action arising from the County of Sacramento's recent enactment of Sacramento County Ordinance No. 1559, codified as Sacramento County Code sections 9.81.010-070, titled An Ordinance Relating to the Prohibition of Aggressive and Intrusive Solicitation.  Plaintiffs contend the AIS Ordinance violates the First Amendment.

2. Plaintiffs served Defendants on July 28, 2014.  Docket Nos. 6-7.  Defendant has answered and denied the allegations.

3. Pursuant to the Court's Order (Docket No. 4), the parties are required to submit their Rule 26 Joint Status Report by Friday, September 26, 2014, which is 60 days from the date of service of Defendants.

4. Terence J. Cassidy is lead counsel and trial counsel for Defendants.  He is currently out of the Country and is unable to participate in the Rule 26(f) conference or Joint Status Report.  On Monday, September 29, 2014, he will be available for the Rule 26(f) conference and final preparation of the Joint Status Report.

5. Due to Mr. Cassidy's unavailability, the parties stipulate and agree to a brief continuance of the deadline for the submission of the Joint Status Report.

6. Pursuant to this stipulation, the parties request the Court continue the deadline for submission of the Joint Status Report.  The parties stipulate and request that the deadline for submission of the Joint Status Report be continued to Tuesday, September 30, 2014.  The parties agree that they will not be prejudiced by this brief continuance, and that Mr. Cassidy's unavailability to participate in the Rule 26(f) conference or preparation of the Joint Status Report constitutes good cause for such continuance.

**IT IS SO STIPULATED**

DATED: October 2, 2014                LAW OFFICE OF MARK E. MERIN

                                      By:___//s// Paul H. Masuhara_____
                                          Mark E. Merin
                                          Paul H. Masuhara
                                          Attorney for Plaintiffs


DATED: October 2, 2014                PORTER | SCOTT
                                      A PROFESSIONAL CORPORATION

                                      By:___//s// Kevin M. Kreutz_____
                                          Terence J. Cassidy
                                          Kevin M. Kreutz
                                          Attorneys for Defendants

**ORDER**

Pursuant to the foregoing stipulation and showing of good cause, it is hereby ordered that the deadline for the submission of the Joint Status Report is continued from Friday, September 26, 2014, to Tuesday, September 30, 2014.

**IT IS SO ORDERED**.

Dated: October 2, 2014

_____
Troy L. Nunley
United States District Judge