Mark E. Merin (State Bar No. 043849)
Paul H. Masuhara (State Bar No. 289805)
**LAW OFFICE OF MARK E. MERIN**
1010 F Street, Suite 300
Sacramento, California 95814
Telephone:   (916) 443-6911
Facsimile:    (916) 447-8336
E-Mail:        mark@markmerin.com
                    paul@markmerin.com

Alan L. Schlosser (State Bar No. 049957)
**AMERICAN CIVIL LIBERTIES UNION**
  **FOUNDATION OF NORTHERN CALIFORNIA**
39 Drumm Street
San Francisco, California 94111
Telephone:   (415) 621-2493
Facsimile:    (415) 255-1478
E-Mail:        aschlosser@aclunc.org

Attorneys for Plaintiffs

**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
TERENCE J. CASSIDY, SBN 099180
KEVIN M. KREUTZ, SBN 264654
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| SACRAMENTO HOMELESS ORGANIZING COMMITTEE, et al.,<br><br>            Plaintiffs,<br><br>vs.<br><br>COUNTY OF SACRAMENTO, et al.,<br><br>            Defendants. | Case No. 2:14-cv-01684-TLN-KJN<br><br>**STIPULATION RE BRIEFING SCHEDULE; ORDER** |

On July 25, 2014, Plaintiffs filed a Motion for Preliminary Injunction. (ECF Doc. 5.) On October 9, 2014, Defendants filed a Request for Judicial Notice indicating that the ordinance implicated by

1

Plaintiff's Motion for Preliminary Injunction had been substantively amended. (ECF Doc. 17.) On October 9, 2014, in response, this Court issued a Minute Order granting Defendants' Request for Judicial Notice, and instructing the parties to file supplemental briefing related to Plaintiffs' Motion for Preliminary Injunction in light of the amendment of the ordinance. (ECF Doc. 18.) Plaintiffs were directed to file a supplemental brief by October 23, 2014, and Defendants were directed to file a supplemental brief by November 6, 2014. (*Id.*)

Since the issuance of this Court's October 9, 2014, Minute Order, the parties have engaged in discussions about the potential resolution of this matter. The parties' discussions will not conclude before the date currently set for Plaintiffs' supplemental brief to be filed. Therefore, the parties' hereby stipulate to a two-week extension of time for the parties to file their supplemental briefing regarding Plaintiffs' Motion for Preliminary injunction. A two week extension would make Plaintiffs' supplemental brief due on or before November 6, 2014, and Defendants' supplemental brief due on or before November 20, 2014.

DATED: October 23, 2014             Respectfully Submitted,
                                    LAW OFFICE OF MARK E. MERIN


                                            /s/ Mark E. Merin
                                    By:_____
                                            Mark E. Merin

                                    Attorney for Plaintiffs

DATED: October 23, 2014             Respectfully Submitted,
                                    PORTER | SCOTT


                                            /s/ Terence J. Cassidy
                                            (as authorized on October 23, 2014)
                                    By:_____
                                            Terence J. Cassidy

                                    Attorney for Defendants

2

**STIPULATION RE BRIEFING SCHEDULE; ORDER**
*Sacramento Homeless Organizing Committee v. County of Sacramento*; United States District Court, Eastern District of California, Case No. 2:14-cv-01684-TLN-KJN

## **ORDER**

GOOD CAUSE APPEARING, the Court hereby GRANTS the parties' stipulation and directs Plaintiffs to file their supplemental brief on or before November 6, 2014, and Defendants to file their supplemental brief on or before November 20, 2014.

Dated:  October 30, 2014

_____
Troy L. Nunley
United States District Judge

3

**STIPULATION RE BRIEFING SCHEDULE; ORDER**

*Sacramento Homeless Organizing Committee v. County of Sacramento*; United States District Court, Eastern District of California, Case No. 2:14-cv-01684-TLN-KJN