Mark E. Merin (State Bar No. 043849)
Paul H. Masuhara (State Bar No. 289805)
**LAW OFFICE OF MARK E. MERIN**
1010 F Street, Suite 300
Sacramento, California 95814
Telephone:  (916) 443-6911
Facsimile:  (916) 447-8336
E-Mail:  mark@markmerin.com
  paul@markmerin.com

Alan L. Schlosser (State Bar No. 049957)
**AMERICAN CIVIL LIBERTIES UNION**
  **FOUNDATION OF NORTHERN CALIFORNIA**
39 Drumm Street
San Francisco, California 94111
Telephone:  (415) 621-2493
Facsimile:  (415) 255-1478
E-Mail:  aschlosser@aclunc.org

Attorneys for Plaintiffs

**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
TERENCE J. CASSIDY, SBN 099180
KEVIN M. KREUTZ, SBN 264654
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| SACRAMENTO HOMELESS ORGANIZING COMMITTEE, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF SACRAMENTO, et al.,<br><br>Defendants. | Case No. 2:14-cv-01684-TLN-KJN<br><br>**STIPULATION FOR FURTHER EXTENSION RE BRIEFING SCHEDULE;   ORDER** |

On July 25, 2014, Plaintiffs filed a Motion for Preliminary Injunction. (ECF Doc. 5.) On October 9, 2014, Defendants filed a Request for Judicial Notice indicating that the ordinance implicated by

1

Plaintiff's Motion for Preliminary Injunction had been substantively amended. (ECF Doc. 17.) On October 9, 2014, in response, this Court issued a Minute Order granting Defendants' Request for Judicial Notice, and instructing the parties to file supplemental briefing related to Plaintiffs' Motion for Preliminary Injunction in light of the amendment of the ordinance. (ECF Doc. 18.) Plaintiffs were directed to file a supplemental brief by October 23, 2014, and Defendants were directed to file a supplemental brief by November 6, 2014. (*Id*.) On October 31, 2014, this Court approved the parties' stipulation to extend the briefing schedule for submission of supplemental briefs, due to ongoing negotiations between the parties which could result in the resolution of this matter. (ECF Doc. 20.)

The parties' discussions for resolution continue to be ongoing, and the parties now stipulate to and request the Court's approval for a further extension of time to file supplemental briefing, because the parties' discussions will not conclude before the date currently set for Plaintiffs' supplemental brief to be filed. Therefore, the parties hereby stipulate to a further extension of time for the parties to file their supplemental briefing regarding Plaintiffs' Motion for Preliminary injunction that would make Plaintiffs' supplemental brief due on or before December 11, 2014, and Defendants' supplemental brief due on or before December 24, 2014.

Dated: November 4, 2014                     Respectfully Submitted,
                                            LAW OFFICE OF MARK E. MERIN


                                                    /s/ Mark E. Merin
                                            By:_____
                                                    Mark E. Merin

                                            Attorney for Plaintiffs

Dated: November 4, 2014                     Respectfully Submitted,
                                            PORTER | SCOTT


                                                    /s/ Terence J. Cassidy
                                                    (as authorized on November 4, 2014)
                                            By:_____
                                                    Terence J. Cassidy

                                            Attorney for Defendants

**ORDER**

GOOD CAUSE APPEARING, the Court hereby GRANTS the parties' stipulation for further extension of time to file supplemental briefing, and directs Plaintiffs to file their supplemental brief on or before December 11, 2014, and Defendants to file their supplemental brief on or before December 24, 2014.

Dated: November 6, 2014

_____
Troy L. Nunley
United States District Judge

3

**STIPULATION FOR FURTHER EXTENSION RE BRIEFING SCHEDULE; ORDER**
*Sacramento Homeless Organizing Committee v. County of Sacramento*; United States District Court, Eastern District of California, Case No. 2:14-cv-01684-TLN-KJN